U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

FEB - 8 2008

TONY R. MOORE, CLERK
BY: *Pam*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DOCKET NO. 05 CR 20264** |
| **VS.** | : | **JUDGE MINALDI** |
| **CLEVELAND JONES** | : | **MAGISTRATE JUDGE KAY** |

### ORDER

The defendant is not in custody and his whereabouts are unknown. An Order has been issued [doc. 37] ordering the U.S. Marshal to take the defendant into custody and to deliver him to the Bureau of Prisons for a competency evaluation [see doc. 32]. Pending the defendant's apprehension and evaluation;

IT IS ORDERED that the trial now set for February 11, 2008, is UPSET and RESET for June 2, 2008 at 10:00 a.m.

This court finds that an applicable exception under Section 3161(h)(8)(B)(iv) exists and it is the finding of this Court that after an "ends of justice" analysis, that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

Lake Charles, Louisiana this \_\_\_7\_\_\_ day of \_\_\_\_Feb\_\_\_\_, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE